IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SANDRA E. PONCE, | ) | 4:10CV3188 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for enlargement of time (filing 15) is granted, and the briefing schedule is modified as follows:

1. Plaintiff shall file a brief by April 5, 2011;

2. Defendant shall file a brief by May 5, 2011;

3. Plaintiff may file a reply brief by May 19, 2011; and

4. This case shall be ripe for decision on May 20, 2011.

March 14, 2011.                             BY THE COURT:


                                            *Richard G. Kopf*
                                            United States District Judge