IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SANDRA E. PONCE, | ) | 4:10CV3188 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion for enlargement of time (filing 18) is granted, and the briefing schedule is modified as follows:

1.  Defendant shall file a brief by June 6, 2011;

2.  Plaintiff may file a reply brief by June 20, 2011; and

3.  This case shall be ripe for decision on June 21, 2011.


May 5, 2011.                                BY THE COURT:


                                            *Richard G. Kopf*
                                            United States District Judge