IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SANDRA E. PONCE, | ) | |
| | ) | 4:10CV3188 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's motion for extension of time to file her reply brief (Filing No. 23).  For good cause shown,

IT IS ORDERED that plaintiff's motion for extension of time to file reply brief (Filing No. 23) is granted; and the briefing schedule is modified as follows:

1.  The plaintiff shall file a reply brief by August 11, 2011; and

2.  This case shall be ripe for decision on August 12, 2011.

Dated:  July 20, 2011

BY THE COURT:

*Richard G. Kopf*
United States District Judge